DOROTHY H. EPSTEIN, Respondent, v. L. M. BERKELEY, Appellant, Impleaded with Others, Defendants.— Order unanimously reversed, without costs, and motion granted, without prejudice to a motion for the appointment of a receiver on notice. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WALTER E. DITMARS, Appellant, v. FRANCIS SHEPARD CORNELL and Others, Respondents.— Order unanimously modified by allowing taxable costs to date to the plaintiff, and, as so modified, affirmed, with twenty dollars costs and disbursements of this appeal to the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MARY FERRARA, as Administratrix, etc., of FRANK FERRARA, Deceased, to Discover Certain Property of Said Decedent Claimed to Have Been Withheld. MARY FERRARA, Appellant; ROSA FERRARA, Also Known as ROSA FERRARA DESANDO, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARGARET FEARS BLUMENTHAL, Respondent, v. ALFRED C. BLUMENTHAL, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Liquidation of the NATIONAL SURETY COMPANY. In the Matter of the Application of Hon. LUTHER A. CAMPBELL, Ordinary of the State of New Jersey, by GEORGE H. RENTON, as Next Friend of JOHN HALGES and JOSEPH HALGES, Infants, Petitioner, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the NATIONAL SURETY COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

KENNETH W. NICHOLS and Another, Respondents, v. EDWARD J. GAYNOR and Another, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HYMAN FRANK, Appellant, v. OTTO BERNZ COMPANY, INC., Respondent.— Order, so far as appealed from, unanimously modified by allowing an examination before trial as to items 3, 9, 11, 13, 18, 19, 20, 21, 22, 23 and 24, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GEERY AND COMPANY, INCORPORATED, Respondent, v. SNEDIKER TRANSPORTATION CORPORATION and MAX HELLER, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.